IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| EDDIE BAEZ, | NO. 16-522 |
| *Defendant.* | |

# ORDER

**AND NOW**, on this 9th day of February, 2017, upon consideration of Defendant Baez's motion for bail (ECF No. 11), the Government's response in opposition (ECF No. 19), and the evidence presented at the hearing (ECF No. 22), it is hereby **ORDERED** that Eddie Baez's motion is **GRANTED** and Baez is placed on pretrial release subject to the following terms and conditions:

1. Baez shall reside with his parents at 2907 North Waterloo Street, Philadelphia, PA ("the North Waterloo property");

2. Baez shall be subject to electronic monitoring at that location and bear the costs of the same;

3. Baez shall be subject to home detention, restricting him to the residence at all times except to attend religious services, obtain medical treatment, meet with his attorney, appear in court or comply with court-ordered obligations;

4. Baez shall remain in the custody of his father, Eddie Baez Rodriguez, who agrees to assume supervision and to report any violation of a release condition to the Court;

5. To the extent Baez leaves the North Waterloo property for any permissible purpose (*see supra* 3), he shall be accompanied by Eddie Baez Rodriguez;

6. Baez shall post a $49,500 bond secured by the North Waterloo property;

7. Baez shall abide by the Clerk's Office requirements for posting real estate bail;

8. Baez shall abide by the rules and regulations of pretrial release as instructed by the U.S. Pretrial Services Officer and shall report to Pretrial Services as directed;

9. Baez shall not have contact with potential witnesses or individuals engaged in any criminal activity;

10. Baez shall surrender any passports or firearms in his possession and refrain from obtaining the same;

11. Any other firearms in the premises where the defendant resides while on supervised released must be removed from the premises and no firearms are to be brought into the premises during this period;

12. Baez shall submit to an initial drug screen and, if it returns positive, enroll in substance abuse treatment under the guidance of Pretrial Services;

13. Baez shall refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.